UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DALE L. ENGLES, JR., <br><br> Plaintiff, <br><br> v. <br><br> ASSET & CAPITAL MANAGEMENT GROUP, *et al.*, <br><br> Defendants. | NO. CV-09-5046-RHW <br><br> **ORDER OF DISMISSAL** |

Before the Court is Plaintiff's Notice of Dismissal with Prejudice (Ct. Rec. 7). Accordingly, **IT IS HEREBY ORDERED** that the above-captioned matter is **dismissed with prejudice**, with no fees or costs to any party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 11th day of March, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\engles.dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1